# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **SECURITY NATIONAL INSURANCE COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CAPITOL CITY BANK & TRUST COMPANY,** )<br>)<br>**Defendant/Third-Party Plaintiff,** )<br>)<br>v. )<br>)<br>**AMTRUST NORTH AMERICA, INC., POINTENORTH INSURANCE GROUP, LLC, HODGES & ASSOCIATES, INC., and R. STAN HODGES, JR.,** )<br>)<br>**Third-Party Defendants.** ) | No. 1:13-cv-03694-TWT |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff Security National Insurance Company ("Security National"), Defendant/Third-Party Plaintiff Capitol City Bank & Trust Company ("Capitol City"), and Third-Party Defendant AmTrust North America, Inc.

890416.1

1

("AmTrust"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41, and hereby agree and stipulate to the following:

1. Security National's Complaint for Declaratory Judgment against Capitol City [Dkt. 1] is dismissed, with prejudice;

2. Capitol City's Counterclaim against Security National [Dkt. 8] is dismissed, with prejudice; and

3. Capitol City's Third-Party Complaint [Dkt. 13] is dismissed, with prejudice, solely as to AmTrust.

Respectfully Submitted,

/s/ Jeffrey S. Price
Jeffrey S. Price     *Admitted Pro Hac Vice*
Justin D. Wear      *Admitted Pro Hac Vice*
MANIER & HEROD
150 Fourth Avenue North, Suite 2200
Nashville, TN  37219
(615) 244-0030 Telephone
(615) 242-4203 Facsimile
jprice@manierherod.com
jwear@manierherod.com

*and*

P. Keith Lichtman, Esq.
MILLS PASKERT DIVERS
1355 Peachtree Street, N.E., Suite 1550
Atlanta, GA 30309
(404) 870-8200 Telephone
(404) 870-3080 Facsimile
klichtman@mpdlegal.com


/s/ John B. Nichols (w/ permission by JSP)
John Flanders Kennedy
John B. Nichols
James Bates Brannan Groover LLP
231 Riverside Drive, Suite 100
P.O. Box 4283
Macon, GA  31208-4283
(478) 472-4280 Telephone
(478) 472-8720  Facsimile
jkennedy@jamesbatesllp.com
jnichols@jamesbatesllp.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served upon the following counsel via the Court's CM/ECF system on this 25th day of August, 2014.

John Flanders Kennedy
John B. Nichols
James Bates Brannan Groover LLP
231 Riverside Drive, Suite 100
P.O. Box 4283
Macon, GA  31208-4283

Rush S. Smith, Jr.
Crystal D. Filiberto
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303-1775

/s/ Jeffrey S. Price